UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
H.L. and M.L., on behalf of D.L.,

                                 **MEMORANDUM & ORDER**
                                  09 CV 123 (RJD) (SMG)

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendant.
----------------------------------------------------------------X

DEARIE, Chief Judge.

By Report and Recommendation submitted January 26, 2010, Chief Magistrate Judge Gold recommended that plaintiffs' counsel be awarded $7,400 in attorney's fees pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1415(i)(3). (Docket Entry 17.)

The deadline for filing objections to the Report and Recommendation was February 15, 2010, and no objections have been filed. The Court has reviewed Judge Gold's Report and Recommendation and adopts it in its entirety. Accordingly, plaintiffs' counsel is awarded $7,400 in attorney's fees.

**SO ORDERED.**

Dated: Brooklyn, New York
       February 23, 2010

                                          s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          United States District Judge